UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARLENE MARIE GAY-ALLEN,

    Plaintiff,

v.                                    CASE NO. 3:13cv586/MCR/EMT

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated January 5, 2015.  (Doc. 31).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The Commissioner's Amended Motion to Dismiss (doc. 23), considered by the Court as a motion for summary judgment, is **GRANTED**.

    3.    A judgment shall be entered accordingly and the clerk is directed to close this file.

    **DONE AND ORDERED** this 9th day of February 2015.

                                              *s/ M. Casey Rodgers*
                                             **M. CASEY RODGERS**
                                             **CHIEF UNITED STATES DISTRICT JUDGE**